Argued June 26, reversed July 3, petition for rehearing denied August 8, petition for review denied September 19, 1972

STATE OF OREGON, *Appellant, v.* PAUL DENVER CROSS (No. C-71-01-0094 Cr), *Respondent.*

498 P2d 387

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

*N. Robert Stoll,* Portland, argued the cause for respondent. With him on the brief were Carey & Stoll, Portland.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

This is a companion case to *State v. Devine,* 9 Or App 424, 496 P2d 51, Sup Ct *review denied* (1972), decided subsequent to the trial of this case. The facts and the issues are identical.

Reversed.